IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT A. BROWN,

    Plaintiff,

v.

JASEN MILLER,

    Defendant.

JUDGMENT IN A CIVIL CASE

16-cv-682-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant granting Jasen Miller's motion for summary judgment for plaintiff Scott A. Brown's failure to exhaust available remedies and dismissing this case.

/s/                                                                                             9/6/2017

Peter Oppeneer, Clerk of Court                               Date